IN THE MATTER of Commissioners appointed by one of the Justices of the Court to make sale of the Real Estate of George Appleby, late of New-Brunswick, in the county of Middlesex.

In cases of division of real estate by Commissioners appointed by a Justice of the Supreme Court (under the Stat. *Rev. Laws*, 597) if the report of the Commissioners is objected to, the practice is for the party bringing the report to take a rule of approval *nisi*, and for the adverse party to take a rule to shew cause why the report should not be set aside, and the parties may then have leave to take affidavits.

---

The report of sale of the Commissioners who, having been appointed to divide the real estate of George Appleby, dec. and having reported the same unsusceptible of division, were ordered to make sale thereof, being now brought into court, *Hardenbergh* moved for the approval of it and an order on the commissioners to make conveyance, &c. *Scott* objected; insisted that the report should be set aside, in whole if necessary, or at least in part, and offered to produce affidavits in support of his objections. A question

arising as to the course of procedure, and no practice under the statute in question, which is a recent one, having been settled, the court directed that a rule for approval *nisi*, &c. on the part of *Hardenbergh* should be entered, and on the part of *Scott*, a rule to shew cause why the report be not set aside, &c. and that the parties have leave to take affidavits, &c.